**The Vora Law Firm, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey A. Atteberry (266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190
*Attorneys for Defendant Sharp NEC Display Solutions of America, Inc.*, (erroneously sued as NEC Display Solutions of America, Inc.)

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AAEON Electronics, Inc., a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEC Display Solutions of America, Inc., a Delaware corporation.<br><br>Defendants. | Case No. 2:21-cv-4532<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1332 AND 1441(B).**<br><br>(Removed from the Superior Court for the State of California, County of Los Angeles, Case No. 21STCV16440) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF AAEON ELECTRONICS, INC., AND PLAINTIFF'S ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that, for the reasons set forth below, Defendant Sharp NEC Display Solutions of America, Inc., erroneously sued as NEC Display Solutions of America, Inc., ("NEC"), a Delaware corporation, hereby removes the above-captioned matter, which was commenced as Case Number 21STCV16440 in the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California, Western Division, pursuant to 28 U.S.C. §§ 1332 and 1441(b). As grounds for removal, NEC states as follows:

## STATEMENT OF THE CASE

1. On May 4, 2021, NEC was served with a Summons and a Complaint for this action, which was initiated by Plaintiff AAEON Electronics, Inc. ("AAEON") in the Superior Court of California, Los Angeles, as Case Number 21 STCV16440. Attached as **Exhibit A** to this Notice of Removal is a true and correct copy of the Summons, Complaint, and all other papers that were served upon NEC.

2. The Complaint asserts claims for (i) Breach of Contract and (ii) Goods and Services Rendered. *See* Ex. A. (Compl.), ¶¶ 11-21. AAEON seeks damages in the amount of $505,800. *Id.*, ¶ 16.

## GROUNDS FOR DIVERSITY JURISDICTION

3. Grounds exist for removal of this action based on diversity jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(b), as the action is between citizens of different states and the amount in controvery exceeds $75,000.

4. At the time this lawsuit was filed and as of the date of this Notice of Removal, Plaintiff AAEON was and is a New Jersey corporation with its principal place of business in either New Jersey or California.

5. At the time this lawsuit was filed and as of the date of this Notice of

1  Removal, Defendant NEC was and is a Delaware corporation with its principal
2  place of business in Illinois.
3      6. As the Plaintiff and Defendant are citizens of different states as
4  defined by 28 U.S.C. § 1332(c)(1), the diversity requirement of 28 U.S.C. § 1332(a)
5  is satisfied.
6      7. Plaintiff has requested damages in the amount of $505,800. Ex. A,
7  Compl., ¶ 16. This amount which is sufficient to satisfy the amount-in-controversy
8  requirement of 28 U.S.C. § 1332(a)

## PROCEDURAL REQUIREMENTS

8. Removal here is timely because this Notice is made within 30 days of service of Plaintiff's Complaint on NEC and, therefore, within the timeframe provided in 28 U.S.C. § 1446(b).

9. This action, filed in the Superior Court of the State of California, County of Los Angeles, is being removed to the district and division embracing the place where the action is pending, as required by 28 U.S.C. § 1441(a).

10. Pursuant to 28 U.S.C. § 1446(a), copies of all the process, pleadings and orders on file with the state court or served on NEC in the state court are attached collectively as Exhibits A-C.

11. NEC is the only known Defendant in this action. Consequently, the requirement, pursuant to 28 U.S.C. § 1446(b)(2) (A, C) that all Defendants join in and consent to removal is satisfied.

12. A notice of filing of removal, with a copy of this Notice of Removal attached thereto, is being filed with the clerk of the Superior Court of the State of California, County of Los Angeles, pursuant to 28 U.S.C. § 1446(d).

13. A notice of filing of removal, with a copy of this Notice of Removal attached thereto, is being served on Plaintiff's attorney pursuant to 28 U.S.C. § 1446(a). A proof of such service will be filed with this Court.

14. No previous application has been made for the relief requested herein.

## **CONCLUSION**

15. By filing this Notice of Removal, Defendant does not waive any defenses which may be available to it, specifically but not limited to, whether this court can exercise personal jurisdiction over the Defendant or whether venue is proper in this Court on in the Court from which this action has been removed. NEC intends no admission of fact, law, or liability by this notice, and reserves all defense, motions, and pleas.

16. NEC prays that this action be removed to this Court for determination, that all further proceedings in the state court lawsuit, including discovery, be stayed, and that NEC obtains all additional relief to which it is entitled.

Dated: June 2, 2021

Respectfully Submitted,
THE VORA LAW FIRM, P.C.

BY: _____
JEFFREY ATTEBERRY

*Attorneys for NEC Display Solutions of America, Inc.*